IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.5:16-CR-50036-001 |
| | ) | |
| DAPHNE CRAWFORD | ) | |

## MOTION TO DISMISS

Comes now the United States of America and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure it hereby requests that the Indictment in this matter be dismissed without prejudice.

The United States requests dismissal of this matter at this time, as it is in the best interest of justice.

Respectfully submitted,

Kenneth Elser
United States Attorney

By: */s/ Dustin S. Roberts*
      Dustin S. Roberts
Assistant U.S. Attorney
Arkansas Bar No. 2005185
414 Parker Ave.
Fort Smith,   AR   72901
479-783-5125

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

>Mr. Joe Alfaro and Ms. Tiffany Fields
>Attorneys for the Defendant

                                             */s/ Dustin S Roberts*
                                             Dustin S. Roberts
                                             Assistant U.S. Attorney